## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| JOSEPHINE WADE SMITH and RUPERT SMITH, | ) ) ) |
| Plaintiffs, | ) No.14 CV 5704 ) |
| vs. | ) Judge Sara L. Ellis ) ) Magistrate Judge Maria Valdez |
| CSX TRANSPORTATION, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

TO:    ALL COUNSEL ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE THAT on **Wednesday, January 13, 2016, at 10:15 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Maria Valdez, or any Judge sitting in her stead, in Courtroom 1041, United States Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present **CSX Transportation, Inc.'s Unopposed Motion for Entry of Agreed Protective Order**, a copy of which is herewith served upon you.

CSX TRANSPORTATION, INC.

By:   /s/   Sean M. Sullivan
      Sean M. Sullivan

Sean M. Sullivan
Kathryn Doi
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60603
(312) 422-9999

## CERTIFICATE OF SERVICE

I, Sean M. Sullivan, an attorney, certify that I caused a true copy of the foregoing **Notice of Motion** to be served upon the attorneys listed below, via the Court's ECF system, on January 8, 2016:

David A. Epstein
Dennis E. Both
Glenn M. Kanter
BROWN, UDELL, POMERANTZ
& DELRAHM, LTD.
1332 North Halstead Street
Suite 100
Chicago, IL 60642

            /s/  Sean M. Sullivan
              Sean M. Sullivan