**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSEPHINE WADE SMITH and RUPERT SMITH, | ) ) ) No.14 CV 5704 |
| Plaintiffs, | ) ) |
| vs. | ) Judge Ellis ) ) Magistrate Judge Gilbert |
| CSX TRANSPORTATION, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**TO:**  David Epstein
Counsel for Plaintiffs
(via CM/ECF e-filing)

YOU ARE HEREBY NOTIFIED that on October 7, 2016, I filed **CSX TRANSPORTATION, INC.'S MOTION FOR SUMMARY JUDGMENT**, **MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**, **RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS** with attached **EXHIBITS A THROUGH S** and **APPENDIX OF EXHIBITS**, copies of which have been electronically served upon you.

I further certify that a copy of this Notice of Filing and the documents referenced herein were served upon the attorney listed above, through the CM/ECF electronic filing system, on October 7, 2016.

Respectfully submitted,

/s/ Kathryn M. Doi  #6274825
KATHRYN M. DOI

Kathryn M. Doi
Daley Mohan Groble P.C.
55 W. Monroe St., Suite 1600
Chicago, IL 60602
(312) 422-9999
Atty. No. 6274825